# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY S. JAMESON, | CASE NO: 1:10-cv-02001-LJO-GBC (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS, PURSUANT TO SECTION 1915(g) AND REQUIRING PLAINTIFF TO PAY FILING FEE WITHIN TWENTY DAYS |
| v. | |
| JAMES A. YATES, et al., | |
| Defendants. | |
| | / Doc. 9 |

On October 25, 2010, Plaintiff Barry S. Jameson ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. On November 4, 2010, the Court granted Plaintiff's motion to proceed in forma pauperis. Doc. 4. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 30, 2012, the Magistrate Judge issued Findings and Recommendations, recommending revocation of Plaintiff's in forma pauperis status pursuant to 28 U.S.C. § 1915(g) and requiring Plaintiff to pay the filing fee within twenty days. Doc. 9. Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

//
//
//

Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations, filed on January 30, 2012, in full;
2. Plaintiff's in forma pauperis status is REVOKED, pursuant to 28 U.S.C. § 1915(g);
3. Plaintiff is ordered to pay the $350.00 filing fee in full within **twenty (20) days** from the date of service of this order; and
4. Failure to pay the filing fee in full within twenty days will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

**Dated:   February 21, 2012**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE